Michael E. Quiat, Esq.
Atty ID No. 015911985
USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
Phone  201-342-7100
Fax    201-342-1810

Tybe Anne Brett, Esq.
(*Pro Hac Vice* Motion to be filed)
FEINSTEIN, DOYLE, PAYNE & KRAVEC, LLC
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Phone  412-281-8400
Fax    412-281-1007

*Attorneys for Plaintiff*
*Kevin M. McCann, M.D.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN M. McCANN, M.D., | Civil Action No. 3:11-cv-03241-MAS-TJB |
| Plaintiff, | ECF CASE |
| vs. | ORDER |
| UNUM PROVIDENT, | |
| Defendants. | |

THIS MATTER, opened to the Court by Uscher, Quiat, Uscher & Russo, P.C. and Feinstein, Doyle, Payne & Kravec, L.L.C., attorneys for the Plaintiff Kevin McCann, M.D., by way of Notice of Motion Pursuant to Local Rule 79.4 and supporting Affidavit of Michael E. Quiat, Esq., and the Court having heard the arguments of counsel and

having considered the papers submitted on behalf of the Plaintiff and the Defendant, and the Court being of the opinion that the following Order should be entered,

IT IS on this _____ day of _____, 2018

ORDERED as follows:

1. This matter is scheduled for a status conference on _____, 2018, to discuss all further proceedings to be conducted on remand;

2. This Court shall thereafter establish a schedule for all further proceedings to be conducted in the District Court, given that the United States Court of Appeals for the Third Circuit has vacated and remanded for further proceedings, the order of this Court entered on March 23, 2016, in accordance with the opinion of the Third Circuit filed on October 5, 2018; and

3. This Court shall establish a schedule for the filing of an application for attorney's fees by Plaintiff against the Defendant pursuant to 29 U.S.C. ¶ 1132(g), to a date 30 days after the entry of Final Judgment in the District Court and/or until further Order of this Court.

SO ORDERED

Date: _____         _____
                                      HON. MICHAEL A. SHIPP, U.S.D.J.