UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

KEVIN M. MCCANN, M.D.,

    Plaintiff,

v.

UNUM PROVIDENT, ET AL.,
a New Jersey corporation,

    Defendant.

Civil Action No. 11-3241 (MAS)
Hon. Michael A. Shipp
Magistrate Judge Tonianne J. Bongiovanni

**ORDER**

This matter having been opened to the Court by The Bayne Law Group LLC, attorneys for Plaintiff, for an Order permitting John J. Conway, Esq., to appear and participate *pro hac vice*, and the Court having considered the moving papers, and there being no opposition to such application, and for good cause shown pursuant to Local Civil Rule 101.1(c); it is hereby

ORDERED that John J. Conway, who is a member of the bar in the State of Michigan and a member of the bar in the State of Arizona, be permitted to appear *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that John J. Conway shall pay the annual fee to the New Jersey Lawyers' fund for Client Protection, as required by New Jersey Court *Rule* 1:28-2, within 20 days from the date of entry of this Order, and it is further

ORDERED that John J. Conway shall make payment to the Clerk of the Court pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that John J. Conway shall be bound by the Local Civil Rules of this Court, including without limitation, the provisions with respect to judicial ethics and professional responsibility set forth in Local Civil Rule 103.1, and the provisions with respect to discipline of attorneys set forth in Local Civil Rule 104; and it is further

ORDERED that John J. Conway shall notify the Court immediately of any matter affecting his standing as member of the bar of any other Court; and it is further

ORDERED that all pleadings, briefs, and any other papers filed with this Court in this matter be signed by an attorney of record authorized to practice in this Court.

Entered on this __26th__ day of __December__, 2023.

s/ Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge

[Docket Entry No. 209 is terminated.]